AH

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

*In re:* Lola P. Thompson,

        Debtor.

Lola P. Thompson,

        Plaintiff,

v.

Premiere Credit of North America, LLC

Case No. 03-75819-SCS

Chapter 7

APN: 04-07148-SCS

ORDER TO ADMIT COUNSEL PRO HAC VICE

THIS MATTER having come before this Court on the motion of Kenneth A. Moreno, of Kershner and Moreno Attorney at Law, to admit Reginald J. Storment, Esquire, to practice before this Court, *pro hac vice*, on behalf of New Mexico Student Loan Guarantee Corporation ("NMSLGC"), the real party-in-interest in this cause, after it is substituted for defendant, Premiere Credit of North America, LLC (a collection agency under contract to NMSLGC), the Court having considered the motion FINDS that it should be granted.

IT IS ORDERED that Reginald J. Storment, Esquire, is hereby allowed to practice before this Court *pro hac vice* for the sole and limited purpose of representing the New Mexico Student Loan Guarantee Corporation, the real party-in-interest in this cause, after it is substituted for defendant Premiere Credit of North America, LLC (a collection agency under contract to

Kenneth A. Moreno, VSB#37686
KERSHNER AND MORENO, P.C.
3720 Holland Road, Suite 103
Virginia Beach, VA 23452
(757) 486-1938

NMSLGC) in any resolution of this pending adversary proceeding.

IT IS FURTHER ORDERED that Kenneth A. Moreno will serve as associate Virginia counsel in this case in accordance with Local Bankruptcy Rule 2090-1(E).

IT IS FURTHER ORDERED that copies of this Order are directed to be mailed to the Office of the U. S. Trustee, Room 625 Federal Building, 200 Granby Street, Norfolk, VA 23510; to Lola P. Thompson, *pro se*, at 1308 Ivy Trail, Apt. G, Chesapeake, VA 23320; Reginald J. Storment, attorney for NMSLGC at P.O. Box 27020, Albuquerque, NM 87125; and to Kenneth A. Moreno, Kershner and Moreno, P.C., at 3720 Holland Road, Suite 103, Virginia Beach, VA 23452.

12/15/04
U.S. Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

DEC 16 2004

We ask for this:

Kenneth A. Moreno, VSB#37686
KERSHNER AND MORENO, P.C.
3720 Holland Road, Suite 103
Virginia Beach, VA 23452
(757) 486-1938

Kenneth A. Moreno, VSB#37686
KERSHNER AND MORENO, P.C.
3720 Holland Road, Suite 103
Virginia Beach, VA 23452
(757) 486-1938

### CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Virginia hereby certifies that a copy of the order on which its stamp appears was mailed this date to the parties as set forth in the order.

DATED: DEC 16 2004

Deputy Clerk

_[signature]_
Reginald I. Storment,
Attorney for NMSLGC
P.O. Box 27020
Albuquerque, NM 87125
(505) 761-2004 Ext. 1004


Seen and agreed:

_[signature]_
Lola P. Thompson, *pro se*
1308 Ivy Trail, Apt. G
Chesapeake, VA 23320

## CERTIFICATE

I hereby certify that the foregoing ORDER has been endorsed by all parties.

Date: 12/3/04

_[signature]_
Kenneth A. Moreno

Kenneth A. Moreno, VSB#37686
KERSHNER AND MORENO, P.C.
3720 Holland Road, Suite 103
Virginia Beach, VA 23452
(757) 486-1938